IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES RANDALL DAVIS                                                                                    PLAINTIFF
ADC #84756

v.                                                    NO: 5:10CV00155 JLH

LARRY NORRIS, *et al.*                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of June, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE